IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED SPECIALTY INSURANCE COMPANY, INC.,<br><br>Plaintiff,<br><br>-vs-<br><br>PREFERRED CONTRACTORS INS. CO. RISK RETENTION GROUP LLC; A&P CONSTRUCTION & DEVELOPMENT, INC.; DWAYNE ANDERSON and ROBIN ANDERSON,<br><br>Defendants. | Case No. CV-19-65-SPW-TJC<br><br>**ORDER** |

Defendant Preferred Contractors Insurance Company Risk Retention Group LLC's ("PCIC") has moved the Court to withdraw its pending Motion to Dismiss. (Docs. 5 & 11.) The motion is unopposed. Good cause appearing,

**IT IS HEREBY ORDERED** that the motion is GRANTED and PCIC's pending Motion to Dismiss (Doc. 5) is withdrawn.

**DATED** this 5th day of February, 2020.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge