IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED SPECIALTY INSURANCE COMPANY, INC,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>PREFERRED CONTRACTORS INS. CO. RISK RETENTION GROUP, LLC,<br><br>　　　　　　Defendant. | CV  19-65-BLG-TJC<br><br>**ORDER** |

Defendant has filed a motion for extension of time to respond to Plaintiff's Motion for Summary Judgment. (Docs. 27, 30.) Good cause appearing,

IT IS HEREBY ORDERED that Defendant shall file a response by August 20, 2020.

**IT IS ORDERED**.

DATED this 6th day of August, 2020.

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　TIMOTHY J. CAVAN
　　　　　　　　　　　　　　　　　United States Magistrate Judge