IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED SPECIALTY INSURANCE COMPANY, INC, <br><br> Plaintiff, <br><br> vs. <br><br> PREFERRED CONTRACTORS INS. CO. RISK RETENTION GROUP, LLC, <br><br> Defendant. | CV 19-65-BLG-TJC <br><br> **ORDER** |

Before the Court is the parties' stipulated motion to extend the deadline for dismissal of this case to allow time to execute terms of the settlement agreement. (Doc. 52). Good cause appearing,

IT IS HEREBY ORDERED that the parties shall file their stipulation to dismiss and proposed order by March 8, 2021.

**IT IS ORDERED**.

DATED this 22nd day of February, 2021.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge